```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03371
   RODNEY LEON DENNIS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-7875


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/27/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
REGIONS MORTGAGE         CURRENT MORTG       .00          .00            .00
REGIONS MORTGAGE         MORTGAGE ARRE       .00          .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    127.80          .00            .00
INTERNAL REVENUE SERVICE PRIORITY        5160.46          .00            .00
NCO FIN/55               UNSEC W/INTER NOT FILED          .00            .00
OMNI CR SVCS             UNSEC W/INTER NOT FILED          .00            .00
JOHN J LYNCH             DEBTOR ATTY      319.00                       319.00
TOM VAUGHN               TRUSTEE                                        23.64
DEBTOR REFUND            REFUND                                      1,657.36


     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                2,000.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                319.00
TRUSTEE COMPENSATION                           23.64
DEBTOR REFUND                               1,657.36
                       ---------------    ---------------
TOTALS                 2,000.00             2,000.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/05/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```